UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Donald Larson,

       Plaintiff,

vs.                                                                                            ORDER

Joan Fabian, Commissioner of
Corrections,

       Defendant.                                                  Civ. No. 06-2115(DSD/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Findings and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter,

**IT IS ORDERED:**

1. That the Plaintiff's Complaint [Docket No. 1] is dismissed, but without prejudice.

2. That the Plaintiff's Motion for Leave to Proceed in forma pauperis [Docket No. 2] is denied, as moot.

3. That the Plaintiff's request for a refund of his initial partial filing fee [Docket No. 4] is denied.

                                                s/David S. Doty
                                                David S. Doty, Judge
                                                United States District Court

DATED: June 28, 2006
At Minneapolis, Minnesota